04-23-15

In Re: Yusulf Benson
CCA No.: WR-81,764-01
Trial Court Case No.: 65676-A

To the clerk of said court, There has been a mistake, one of my grounds was found to not have merit and the other three issues have not been reviewed or dismissed they have been ignored as the process is normaly when relief is granted as to an error. 1. I would like them reviewed or formaly denied for exhaustion purposes. 2. I would also like a certificate of Appeallability to address the reviewed issue pursuant to rules of controverted issues due to dissenting opinions. 3. I am currently at a facility without access to the Tex. CCP 11.07 forms and 2254 Habeas forms and would like copies of each if available. 4. I am proceeding Pro Se and will need a copy of the entire record, namely the state's supplemental brief I am missing, and any judicial notes comments and questions.

Motion for Rehearing        Respectfully Submitted
Denied May 20, 2015
PC; Alcala J. would grant    Yusulf Benson        SO#146705